1   PHILLIP A. TALBERT
    United States Attorney
2   KEVIN C. KHASIGIAN
    Assistant U. S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700

5   Attorneys for the United States

```
FILED

Sep 08, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEIZURE OF:        CASE NUMBER:
                                            2:17-SW-0956-EFB
12  ALL FUNDS MAINTAINED AT UMPQUA          2:17-SW-0957-EFB
    BANK ACCOUNT NUMBER 4863921948,         2:17-SW-0958-EFB
13  HELD IN THE NAME OF SANTARA             2:17-SW-0959-EFB
    TECHNOLOGY SOLUTIONS, INC.,             2:17-SW-0960-EFB
14
    ALL FUNDS MAINTAINED AT SAFE CREDIT
15  UNION ACCOUNT NUMBER 822910 (9),        ORDER RE: REQUEST TO UNSEAL
    HELD IN THE NAME OF COYOTE RIDGE        DOCUMENTS
16  OUTFITTERS, INC.,

17  ALL FUNDS MAINTAINED AT BANK OF
    AMERICA ACCOUNT NUMBER 5010 1714
18  7633, HELD IN THE NAME OF WASHINGTON
    SINCLAIR TECHNOLOGIES, INC.,
19
    ALL FUNDS MAINTAINED AT 1ST BANK, A
20  DIVISION OF GLACIER BANK, ACCOUNT
    NUMBER 910600008915, HELD IN THE NAME
21  OF OAKRIDGE MANAGEMENT GROUP, AND

22  ALL FUNDS MAINTAINED AT EL DORADO
    SAVINGS BANK ACCOUNT NUMBER
23  0053012902, HELD IN THE NAME OF
    MADRONE VENTURES, INC.,
24
                    Defendants.
25

26          Upon application of the United States of America and good cause having been shown, IT IS

27  HEREBY ORDERED that the seizure warrants and seizure warrant affidavits in the above captioned

28  ///

                                          1

                                                        Order Re: Request to Unseal
                                                        Documents

1 proceedings be and are hereby unsealed.

2 Date: September 8, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Order Re: Request to Unseal
Documents